UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROY B. BOSWELL,

               Petitioner,

    v.

MELISSA ANDREWJESKI,

               Respondent.

CASE NO. 3:23-cv-05095-DGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 10.)

(2)    The case is DISMISSED with prejudice. Issuance of a certificate of appealability is DENIED.

(3)    The Clerk is directed to send copies of this Order to the parties.

Dated this 6th day of June, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1